**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00016-LTB

UNITED STATES f/u/b/o SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation,

       Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and
FEDERAL INSURANCE COMPANY, a New Jersey corporation,

       Defendants.
_____

**ORDER**
_____

Upon Plaintiff's Notice Regarding Related Case and Request for Special Assignment (Doc 2 - filed January 3, 2008), and with the consent of Judge Richard P. Matsch and the approval of Chief Judge Edward W. Nottingham, it is

ORDERED that this matter is returned to the Clerk of the Court to be reassigned to Senior Judge Richard P. Matsch for all purposes.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   January 8, 2008